FILED
07/17/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Tom T. Kemp

Ryan Starr

vs

(Full name of defendant(s))

C.O. Thompson

Case Number:

2:23-cv-00353-JMS-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)

   Wabash Valley Correctional Facility, P.O. Box 1111
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant C.O. Thompson
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Indiana Department of Corrections - W.V.C.F.__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

C.O. Thompson violated the medical code; I was having a seizure and C.O. Thompson refused to call for the nurse on duty to assess me knowing I was unresponsive to anybody trying to communicate with me. My cellmate told C.O. Thompson that I was having a seizure C.O. Thompson stated, "Oh, he'll be fine." This is a violation of the correctional facility ~~procedures~~ proceedures & protocols. Indiana State Constitution Article 1. 15 & 1.16

All this happened on April 28th & April 30th of 2023.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $700,000.00.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like an award of money.

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 11th day of June 20 23.

Respectfully Submitted,

*Tom J. Kemp*
Signature of Plaintiff

248656
Plaintiff's Prisoner ID Number

P.O. Box 1111
Carlisle, IN  47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.