UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TOM T. KEMP, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-00353-JMS-MJD |
| THOMPSON, | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

The action is **dismissed without prejudice.**

Date: 10/13/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

TOM T. KEMP
248656
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only